**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Missouri**

Case number (*If known*): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jack**<br>First name<br><br>**D.**<br>Middle name<br><br>**McDaniel**<br>Last name<br><br>Suffix (Sr., Jr., II, III) | **Bethany**<br>First name<br><br>Middle name<br><br>**McDaniel**<br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |

**3.** **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN)

xxx – xx – <u>**5**</u> <u>**5**</u> <u>**6**</u> <u>**2**</u>

OR

**9** xx – xx – ___ ___ ___ ___

xxx – xx – <u>**2**</u> <u>**4**</u> <u>**6**</u> <u>**2**</u>

OR

**9** xx – xx – ___ ___ ___ ___

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

**5.** **Where you live**

**304 Thoreau Blvd.**
Number      Street

_____

**O Fallon            MO      63366**
City            State    ZIP Code

**ST. CHARLES**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City            State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number      Street

_____

_____
City            State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City            State    ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for Bankruptcy within the last 8 years?**

☒ No
☐ Yes.

| District _____ | When _____ MM/DD/YYYY | Case number _____ |
| District _____ | When _____ MM/DD/YYYY | Case number _____ |
| District _____ | When _____ MM/DD/YYYY | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM/DD/YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM/DD/YYYY | Case number, if known _____ |

**11.  Do you rent your
       residence?**

       ☒ No.    Go to line 12.

       ☐ Yes.   Has your landlord obtained an eviction judgment against you?

             ☒ No.    Go to line 12.

             ☐ Yes.   Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A)
                 and file it as part of this bankruptcy petition.

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
| --- | --- |

**12.  Are you a sole
       proprietor of any full- or
       part time business?**

A sole proprietorship is a
business you operate as an
individual, and is not a
separate legal entity such as
a corporation, partnership, or
LLC.

If you have more than one
sole proprietorship, use a
separate sheet and attach it
to this petition.

       ☒ No.    Go to Part 4.

       ☐ Yes.   Name and location of business

            _____
            Name of business, if any

            _____
            Number      Street

            _____  _____  _____
            City                State          Zip Code

            *Check the appropriate box to describe your business:*

            ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

            ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

            ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

            ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

            ☐ None of the above

**13.  Are you filing under
       Chapter 11 of the
       Bankruptcy Code, and
       are you a *small business
       debtor*?**

For a definition of *small
business debtor*, see
11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set
appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent
balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these
documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☒ No.    I am not filing under Chapter 11.

       ☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in
             the Bankruptcy Code.

       ☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the
             Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

       ☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the
             Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|--------|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____
                          Number        Street

_____

_____
City                          State        Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

 ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 ☐ **Active duty.** I am currently on active military duty in a military combat zone.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

 ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

☒ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18.** **How many creditors do you estimate that you owe?**

☒ 1-49

☐ 50-99

☐ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5,001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,001-100,000

☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0-$50,000

☐ $50,001-$100,000

☐ $100,001-$500,000

☐ $500,001-$1 million

☒ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000

☐ $50,001-$100,000

☐ $100,001-$500,000

☒ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Jack D. McDaniel** _____        ✗ **/s/ Bethany McDaniel** _____
    Signature of Debtor 1                            Signature of Debtor 2

    Executed on   **8/14/2025**                   Executed on   **8/14/2025**
              MM/DD/YYYY                                          MM/DD/YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ Robert Eggmann** _____        Date   **8/14/2025** _____
    Signature of Attorney for Debtor                            MM/DD/YYYY

    **Robert Eggmann** _____
    Printed name

    **Robert Eggmann** _____
    Firm name

    **Carmody MacDonald P.C.** _____
    Number         Street

    **Saint Louis** _____    **MO** _____    **63105** _____
    City                 State         Zip Code

    Contact phone   **(314) 854-8600** _____    Email address   **ree@carmodymacdonald.com** _____

    **37374** _____    **Missouri** _____
    Bar number              State

**Fill in this information to identify your case:**

Debtor 1    **Jack**         **D.**         **McDaniel**
          First Name         Middle Name         Last Name

Debtor 2    **Bethany**                 **McDaniel**
(Spouse, if filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the:   <u>Eastern District of Missouri</u>

Case number _____
        (If known):

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ......................................... | $    **421,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................. | $    **962,041.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ......................................... | $    **1,383,041.00** |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* .... | $    **1,118,155.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...................................... | $    **25,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................... | **+** $    **532,604.79** |
| **Your total liabilities** | $    **1,675,759.79** |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................. | $    **9,345.33** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* .......................................... | $    **8,769.80** |

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
| --- | --- |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☒ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____ 0.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

|  | **Total Claim** |
| --- | --- |
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 25,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 25,000.00 |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| | | | |
|---|---|---|---|
| Debtor 1 | **Jack** | **D.** | **McDaniel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bethany** | | **McDaniel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.** __304 Thoreau Blvd.__
Street address, if available, or other description

_____

__O Fallon__      __MO__   __63366__
City        State   Zip Code

__ST. CHARLES__
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ __420,000.00__ | $ __420,000.00__ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
(see instructions)

**Note:**

Debtor 1    **Jack**          **D.**           **McDaniel**            Case number *(if known)* _____
            First Name        Middle Name      Last Name

**1.2.** **Marriott Time Share**
        **Grand Vista**
        Street address, if available, or other description

        **P.O. Box 8038**

        **Lakeland**      **FL**   **33802-8038**
        City              State    Zip Code

        _____
        County

**What is the property?** Check all that apply.

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☒ Timeshare

☐ Other  _____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _**Timeshare**_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$ _____**1,000.00**     $ _____**1,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
  (see instructions)

**Note:**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...........➔  $ ____**421,000.00**

---

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No

    ☒ Yes

**3.1.** Make:    **Dodge**

       Model:   **Charger**

       Year:    **2022**

       Approximate mileage:  **30,525**

       Other information:

       _____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$ _____**26,000.00**     $ _____**31,000.00**

**Note:**

Copyright © Financial Software Solutions, LLC                                            BlueStylus

**3.2.** Make: __GMC__

Model: __Acadia__

Year: __2019__

Approximate mileage: __58,321__

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $          20,000.00 | $          25,000.00 |

**Note:**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No

   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ..................................➔    $          56,000.00

---

| Part 3: | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   ☐ No

   ☑ Yes. Describe............................    1 white TV stand, 2 black bar stools, 2 black leather chairs, 2 futons, 2 white end tables, 2 wooden coffee tables, 2 wooden end tables, 36 gal. fish tank set, 4 bookcases, 4 white barstools, bar back table, bar table and stools, books, children's toys, firepit, gray refrigerator, gray sofa, children's bed and furniture, kitchen table, master bedroom set, mini fridge, navy love seat, navy recliner, navy sofa, patio furniture, patio set and umbrella, rugs, sofa sectional, stainless refrigerator, wall decor, washer and dryer , white bedroom set.    $          1,500.00

7. **Electronics**

   ☐ No

   ☑ Yes. Describe............................    2018 Nintendo Switch, 2019 Xbox, 60' Sanyo TV, 60' Sony TV, 65' Sanyo TV, laptop computer, Oculus,    $          600.00

8. **Collectibles of value**

   ☐ No

   ☑ Yes. Describe............................    Antique Decor ($150), common baseball cards ($250),    $          400.00

**9.** **Equipment for sports and hobbies**

☒ No

☐ Yes. Describe............................      $_____

**10.** **Firearms**

☒ No

☐ Yes. Describe............................      $_____

**11.** **Clothes**

☐ No

☒ Yes. Describe............................      Wearing Apparel      $_____750.00

**12.** **Jewelry**

☐ No

☒ Yes. Describe............................      Misc. jewelry. Wedding Ring      $_____800.00

**13.** **Non-farm animals**

☒ No

☐ Yes. Describe............................      $_____

**14.** **Any other personal and household items you did not already list, including any health aids you did not list**

☒ No

☐ Yes. Describe............................      $_____

**15.**   **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................................................... ➔   $_____4,050.00

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ……………………………

$ _____

**17. Deposits of Money**

☐ No

☑ Yes ……………………………     Institution name:

**17.1. Checking Account**      Central Bank - Debtor Spouse      $         2,328.00

**17.2. Checking Account**      Central Bank - Debtor's Account      $         269.00

**17.3. Savings Account**      Central Bank - Debtor's Account      $         528.00

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ……………………………     Institution or issuer name:

$ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them…………………………      Name of entity:      % of ownership:

_____    _____ %    $ _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them…………………………      Issuer name:

$ _____

Copyright © Financial Software Solutions, LLC

BlueStylus

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately.

     Type of account:           Institution name:

     **21.1 401k**             **Fidelity**                 $      **15,180.00**

     **21.2 IRA**              **Ameriprise**                $      **24,836.00**

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ……………………………………    Institution name or individual:

                                                        $ _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ……………………………………    Issuer name and description:

                                                        $ _____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ……………………………………    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                                                        $ _____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Describe……….........................                                      $ _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

☑ No

☐ Yes. Describe……….........................                                      $ _____

Copyright © Financial Software Solutions, LLC                                      BlueStylus

27. **Licenses, franchises, and other general intangibles**

    ☑ No
    ☐ Yes. Describe…………......................  [                          ]   $ _____

---

| Money or property owed to you? | Current value of the portion you own? |
|---|---|
| | Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**
    ☐ No
    ☑ Yes.    Give specific information about them, including whether you already filed the returns and the tax years. …..………...

| 28.1 | 2025 Tax Refund |
|---|---|

Federal:    $ _____ **Unknown**

State:      $ _____ **Unknown**

Local:      $ _____ **Unknown**

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information ...........

    Alimony:              $ _____
    Maintenance:          $ _____
    Support:              $ _____
    Divorce settlement:   $ _____
    Property settlement:  $ _____

30. **Other amounts someone owes you**
    ☐ No
    ☑ Yes. Give specific information. ........   [Insurance check for hail damage, which will be paid directly to contractors.]   $ _____ **6,900.00**

31. **Interests in insurance policies**
    ☐ No
    ☑ Yes. Name the insurance company of
       each policy and list its value ......    Company name:              Beneficiary:              Surrender or refund value:
                                                **AIG - Term life**         **Primary Debtor**        $              **350,000.00**

                                                **Prudential - Term life.**  **Co Debtor**             $              **500,000.00**

32. **Any interest in property that is due you from someone who has died**
    ☐ No
    ☑ Yes. Describe…………….………
       
       **Interest in sister's probate estate.**          $              **Unknown**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    ☑ No
    ☐ Yes. Describe…………….………          $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes. Describe…………….………          $ _____

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Describe…………….………          $ _____

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages
    you have attached for Part 4. Write that number here** ………………………………………………➔    $              **900,041.00**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**                    **Current value of the
                                                                                                                  portion you own?**
    ☐ No. Go to Part 6.                                                                                           Do not deduct secured claims
    ☑ Yes. Go to line 38.                                                                                         or exemptions.

**38**. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe………………..……    [                                    ]    $ _____

**39**. **Office equipment, furnishings, and supplies**

☐ No

☑ Yes. Describe………………..……    **Computer Desk ($25), desk top computer, two monitors, printer ($400), glass top bar ($200),**    $ _____ **0.00**

**40**. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe………………..……    **Store electronics, store kitchen utensils and fixtures, store signage, store table and chair sets**    $ _____ **1,500.00**

**41**. **Inventory**

☑ No

☐ Yes. Describe………………..……    [                                    ]    $ _____

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .................................    Name of entity:                    % of ownership:

     _____    _____ %    $ _____

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☐ No

     ☐ Yes. Describe……………...    [                                    ]    $ _____

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information ………

     _____    $ _____

Copyright © Financial Software Solutions, LLC                                    BlueStylus

45.  **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................➔    $_____1,500.00

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

*Current value of the portion you own?*

Do not deduct secured claims or exemptions.

47.  **Farm animals**

☑ No

☐ Yes. Describe...........................    $_____

48.  **Crops - either growing or harvested**

☑ No

☐ Yes. Describe...........................    $_____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes. Describe...........................    $_____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes. Describe...........................    $_____

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Describe...........................    $_____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................➔    $_____0.00

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53.   **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☐ No

    ☑ Yes. Give specific information………

| | |
|---|---|
| **Lawn Mower, Peloton Bike** | $ _____ 450.00 |

54.   Add the dollar value of all of your entries from Part 7. Write that number here ...............➔  $ _____ 450.00

## Part 8:   List the Totals of Each Part of this Form

55.   **Part 1: Total real estate, line 2** ........................................................................➔  $ _____ 421,000.00

56.   **Part 2: Total vehicles, line 5**                              $ _____ 56,000.00

57.   **Part 3: Total personal and household items, line 15**        $ _____ 4,050.00

58.   **Part 4: Total financial assets, line 36**                    $ _____ 900,041.00

59.   **Part 5: Total business-related property, line 45**           $ _____ 1,500.00

60.   **Part 6: Total farm- and fishing-related property, line 52**  $ _____ 0.00

61.   **Part 7: Total other property not listed, line 54**      +    $ _____ 450.00

62.   **Total personal property.** Add line 56 through 61……………… $ _____ 962,041.00   Copy personal property total ➔ **+** $ _____ 962,041.00

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. ...............................  $ _____ 1,383,041.00

Copyright © Financial Software Solutions, LLC           BlueStylus

| Debtor 1 | **Jack** | **D.** | **McDaniel** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bethany** | | **McDaniel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: Property You Claim as Exempt
**04/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **304 Thoreau Blvd. O Fallon, MO 63366**<br>Line from *Schedule A/B*  **1.1** | $  **420,000.00** | ☑ $  **15,000.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **MO § 513.475 R.S.Mo.** |
| Brief description: **GMC Acadia 2019 58321**<br>Line from *Schedule A/B*  **3.1** | $  **20,000.00** | ☑ $  **3,000.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **MO § 513.430.1(5) R.S.Mo.** |
| Brief description: **Dodge Charger 2022 30525**<br>Line from *Schedule A/B*  **3.2** | $  **26,000.00** | ☑ $  **3,000.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **MO § 513.430.1(5) R.S.Mo.** |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Brief description: | **1 white TV stand, 2 black bar stools, 2 black leather chairs, 2 futons, 2 white end tables, 2 wooden coffee tables, 2 wooden end tables, 36 gal. fish tank set, 4 bookcases, 4 white barstools, bar back table, bar table and stools, books, children's toys, firepit, gray refrigerator, gray sofa, children's bed and furniture, kitchen table, master bedroom set, mini fridge, navy love seat, navy recliner, navy sofa, patio furniture, patio set and umbrella, rugs, sofa sectional, stainless refrigerator, wall decor, washer and dryer , white bedroom set.** | $ __1,500.00__ | ☑ $ __1,500.00__ <br> ☐ 100% of fair market value up to any applicable statutory limit | MO § 513.430.1(1) R.S.Mo. |
|---|---|---|---|---|
| Line from Schedule A/B | __6.1__ | | | |

| Brief description: | **2018 Nintendo Switch, 2019 Xbox, 60' Sanyo TV, 60' Sony TV, 65' Sanyo TV, laptop computer, Oculus,** | $ __600.00__ | ☑ $ __600.00__ <br> ☐ 100% of fair market value up to any applicable statutory limit | MO § 513.430.1(1) R.S.Mo. |
|---|---|---|---|---|
| Line from Schedule A/B | __7.1__ | | | |

| Brief description: | **Misc. jewelry. Wedding Ring** | $ __800.00__ | ☑ $ __800.00__ <br> ☐ 100% of fair market value up to any applicable statutory limit | MO § 513.430.1(2) R.S.Mo. |
|---|---|---|---|---|
| Line from Schedule A/B | __12.1__ | | | |

| Brief description: | **Central Bank - Debtor's Account Checking Account** | $ __269.00__ | ☑ $ __269.00__ <br> ☐ 100% of fair market value up to any applicable statutory limit | MO § 513.430.1(3) R.S.Mo. |
|---|---|---|---|---|
| Line from Schedule A/B | __17.1__ | | | |

| Brief description: | **Central Bank - Debtor's Account Savings Account XXXX** | $ __528.00__ | ☑ $ __528.00__ <br> ☐ 100% of fair market value up to any applicable statutory limit | MO § 513.430.1(3) R.S.Mo. |
|---|---|---|---|---|
| Line from Schedule A/B | __17.2__ | | | |

Copyright © Financial Software Solutions, LLC

| | | | | |
|---|---|---|---|---|
| Brief description: | **Central Bank - Debtor Spouse Checking Account** | $ _____ 2,328.00 | ☑ $ _____ 2,328.00 | **MO § 513.430.1(3) R.S.Mo.** |
| Line from *Schedule A/B* | **17.3** | | ☐ 100% of fair market value up to any applicable statutory limit | |

| | | | | |
|---|---|---|---|---|
| Brief description: | **Ameriprise** | $ _____ 24,836.00 | ☐ $ _____ | **MO § 513.430.1(10)(f) R.S.Mo.** |
| Line from *Schedule A/B* | **21.1** | | ☑ 100% of fair market value up to any applicable statutory limit | |

| | | | | |
|---|---|---|---|---|
| Brief description: | **Fidelity** | $ _____ 15,180.00 | ☐ $ _____ | **MO § 513.430.1(10)(f) R.S.Mo.** |
| Line from *Schedule A/B* | **21.2** | | ☑ 100% of fair market value up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☑ No

      ☐ Yes

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor 1 | Jack | D. | McDaniel |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Bethany | | McDaniel |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** Ally
Creditor's Name

**P.O. Box 38092**
Number   Street

**Minneapolis        MN     55438-0902**
City                State   Zip Code

Describe the property that secures the claim:

**Dodge Charger 2022**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of Lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☑ Other (including a right to offset)  **Car Loan**

$   **27,441.00**   $   **27,441.00**   $   **3,282.90**

Additional Information:

**2022 Dodge Charger**

Date debt was incurred _____        Last 4 digits of account number _____

**Note:**

Copyright © Financial Software Solutions, LLC
BlueStylus

| 2.2 | **Cadence Bank** | Describe the property that secures the claim: | $ 375,000.00 | $ 420,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1755 N. Brown Rd., Ste. 275**

Number   Street

**304 Thoreau Blvd., O Fallon, MO 63366**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lawrenceville**    **GA**    **30043**

City     State   Zip Code

**Additional Information:**

**Lien**

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☑ Other (including a right to offset)   **Deed of Trust**

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **9/2022**     Last 4 digits of account number _____

**Note:**

---

| 2.3 | **Capital One Auto Finance** | Describe the property that secures the claim: | $ 23,511.00 | $ 23,511.00 | $ 5,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 255605**

Number   Street

**GMC Acadia 2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sacramento**    **CA**    **95865**

City     State   Zip Code

**Additional Information:**

**2019 GMC Acadia**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☑ Other (including a right to offset)   **Auto Loan**

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **2022**     Last 4 digits of account number _____

**Note:**

Debtor 1   **Jack**                **D.**              **McDaniel**          Case number *(if known)* _____
           First Name              Middle Name         Last Name

| 2.4 | **PennyMac Loan Services LLC** | **Describe the property that secures the claim:** | $ _317,203.00_ $ _420,000.00_ $ _0.00_ |

Creditor's Name

**P.O. Box 4095**
Number   Street

| | **304 Thoreau Blvd., O Fallon, MO 63366** |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**        **IL**    **60197-4095**
City                    State     Zip Code

**Additional Information:**

**304 Thoreau Blvd.**

**O'Fallon, MO 63366**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☒ Other (including a right to offset) **Mortgage**

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____   Last 4 digits of account number _____

**Note:**

Add the dollar value of your entries in Column A on this page. Write that number here:   | **1,118,155.0** $_____ **0** |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jack** | **D.** | **McDaniel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bethany** | | **McDaniel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): _____

☐ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | $ 0.00 | $ 0.00 | $ 0.00 |

Priority Creditor's Name

**When was the debt incurred?** _____

**Centralized Insolvency Operation**
**P.O. Box 7346**

Number     Street

**As of the date you file, the claim is:** Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Philadelphia          PA      19101-7346**

City              State   Zip Code

**Who owes the debt?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this claim relates to a community debt

**Type of PRIORITY unsecured claim:**
   ☐ Domestic support obligations
   ☑ Taxes and certain other debts you owe the government
   ☐ Claims for death or personal injury while you were intoxicated
   ☐ Other. Specify _____

**Is the claim subject to offset?**
   ☑ No
   ☐ Yes

**Description:**

   **Notice Only**

**Note:**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor 1    __Jack__      __D.__      __McDaniel__      Case number *(if known)* _____
First Name         Middle Name       Last Name

| | |
|---|---|
| **2.2** | **Missouri Department of Revenue** |

**Missouri Department of Revenue**
Priority Creditor's Name

**Attn: Bankruptcy Unit**
**P.O. Box 475**
Number     Street

__Jefferson City__     __MO__    __65105__
City            State    Zip Code

**Last 4 digits of account number** _____   $ __25,000.00__   $ __25,000.00__   $ __0.00__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Note:**

Copyright © Financial Software Solutions, LLC                                  BlueStylus

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**3.1**

**Achieve**
Nonpriority Creditor's Name

**PO BOX 2340**
Number     Street

**Phoenix**          **AZ**     **85002**
City          State     Zip Code

Last 4 digits of account number ____ **6332** ____

When was the debt incurred? ____ **1/24** ____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$            **34,000.00**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

Description:

**Business Debt**

**Personal Loan**

**Note:**

**3.2**

**Amazon Chase**
Nonpriority Creditor's Name

**PO Box 6294**
Number     Street

**Carol Stream**     **IL**     **60197-6294**
City          State     Zip Code

Last 4 digits of account number ____ **9093** ____

When was the debt incurred? ____ **4/2018** ____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$            **750.86**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

Description:

**Personal and Business**

**Credit Card**

**Note:**

| 3.3 | **American Express** | **Last 4 digits of account number** ___1002___ | $ ___16,465.00___ |

Nonpriority Creditor's Name

**When was the debt incurred?** ___7/2016___

**PO BOX 6031**

Number       Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Carol Stream      IL      60197**

☐ Unliquidated

City                State   Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify    **Credit Card**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

┌─────────────────────────────────────┐
│ **Personal and Business Debt** │
☐ Yes
│ **Credit Card** │
└─────────────────────────────────────┘

**Note:**

| 3.4 | **American Express** | **Last 4 digits of account number** ___7191___ | $ ___7,921.58___ |

Nonpriority Creditor's Name

**When was the debt incurred?** ___3/23/23___

**PO Box 6031**

Number       Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Carol Stream      IL      60197**

☐ Unliquidated

City                State   Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify    **Credit Card**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

┌─────────────────────────────────────┐
│ **Personal and Business Debt** │
☐ Yes
│ **Credit Card** │
└─────────────────────────────────────┘

**Note:**

Debtor 1  **Jack**        **D.**           **McDaniel**            Case number *(if known)* _____
         First Name      Middle Name       Last Name

| 3.5 | **American Express** | **Last 4 digits of account number** _____1002_____ | $    8,608.26 |
|---|---|---|---|

**American Express**
Nonpriority Creditor's Name

**PO BOX 6031**

Number     Street

**Carol Stream        IL        60197**
City                   State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____1002_____

**When was the debt incurred?**    06/05/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

**Description:**

> **Personal and Business Debt**
>
> **Credit Card**

$    8,608.26

**Note:**

| 3.6 | **Ameriprise** | **Last 4 digits of account number** _____7267_____ | $   11,500.00 |
|---|---|---|---|

**Ameriprise**
Nonpriority Creditor's Name

**PO Box 790408**

Number     Street

**St. Louis        MO     63179**
City              State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____7267_____

**When was the debt incurred?**    1/24

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

**Description:**

> **Personal and Business Debt**
>
> **Credit Card**

$   11,500.00

**Note:**

Debtor 1   **Jack**          **D.**              **McDaniel**                    Case number *(if known)* _____
           First Name         Middle Name         Last Name

| 3.7 | **Bank of America** | Last 4 digits of account number | 5278 | $ | 8,643.72 |

| 3.7 | **Bank of America**                         | **Last 4 digits of account number**   5278                          | $              8,643.72 |

---

| **3.7** | **Bank of America** |
Nonpriority Creditor's Name

**Last 4 digits of account number**   5278

**When was the debt incurred?**   3/23

$              8,643.72

**PO BOX 15796**
**Wilmington, DE 19886**

Number     Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City               State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Personal and Business Debt**

**Credit Card**

**Note:**

| **3.8** | **Bank of America** |
Nonpriority Creditor's Name

**Last 4 digits of account number**   5756

**When was the debt incurred?**   10/15

$              34,000.00

**P.O. Box 15796**

Number     Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**          **DE**     **19886**

City               State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Business Debt**

**Credit Card**

**Note:**

| **3.9** | **Benetrends Accounting** | Last 4 digits of account number _____ | $ 2,370.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**1684 South Broad St.**
**Suite 130**

Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lansdale          PA    19446**

City              State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Business Debt**

**Note:**

| **3.10** | **Benetrends Accounting** | Last 4 digits of account number _____ | $ 2,370.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**1684 South Broad Street**
**Suite 130**

Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lansdale          PA    19446**

City              State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Business Debt**

**Note:**

Debtor 1 **Jack** **D.** **McDaniel** Case number *(if known)* _____

First Name          Middle Name          Last Name

---

| 3.11 | **Capital One** | Last 4 digits of account number ___7225___ | $ ___15,000.00___ |

Nonpriority Creditor's Name

When was the debt incurred?     ___7/22___

**PO BOX 71087**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Charlotte          NC    28272**

☐ Unliquidated

City          State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim relates to a community debt**

☑ Other. Specify    **Credit Card**

**Is the claim subject to offset?**

**Description:**

☑ No

**Business Debt**

☐ Yes

**Credit Card**

**Note:**

---

| 3.12 | **Chase** | Last 4 digits of account number ___1631___ | $ ___21,000.00___ |

Nonpriority Creditor's Name

When was the debt incurred?     ___1/18___

**PO Box 6294**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Carol Stream          IL    60197-6294**

☐ Unliquidated

City          State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim relates to a community debt**

☑ Other. Specify    **Credit Card**

**Is the claim subject to offset?**

**Description:**

☑ No

**Personal and Business**

☐ Yes

**Credit Card**

**Note:**

---

| 3.13 | **Chase** | Last 4 digits of account number ___9751___ | $ _____3,780.00_ |
|---|---|---|---|

| | | |
|---|---|---|

**3.13**  **Chase**
Nonpriority Creditor's Name

**JPMCB Card Services**
**PO Box 15369**

Number        Street

**Wilmington         NC      19850**
City                State    Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___9751___

**When was the debt incurred?**    ___7/1___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Credit Card**

**Description:**

**Personal and Business**

**Credit Card**

$ _____3,780.00_

**Note:**

| 3.14 | **Citi - Wayfair** | Last 4 digits of account number ___5144___ | $ _____8,685.00_ |
|---|---|---|---|

**3.14**  **Citi - Wayfair**
Nonpriority Creditor's Name

**PO Box 9001037**

Number        Street

**Louisville        KY      40290**
City                State    Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___5144___

**When was the debt incurred?**    ___9/23___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Credit Card**

**Description:**

**Credit Card**

**Note:**

| 3.15 |
|------|

**Citi Wayfair**
_____
Nonpriority Creditor's Name

**P.O. Box 6772**
_____
Number     Street

**Sioux Falls**        **SD**      **57117**
City                   State      Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** ___**1403**_____      $ _____**329.00**

**When was the debt incurred?**    **1/21**_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

**Description:**

> **Credit Card**

**Note:**

| 3.16 |
|------|

**Citibank**
_____
Nonpriority Creditor's Name

**PO Box 6052**
_____
Number     Street

**Carol Stream**        **IL**      **60197**
City                    State      Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** ___**1980**_____      $ _____**7,638.47**

**When was the debt incurred?**    **2021**_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Credit Card**_____

**Description:**

> **Personal and Business**
>
> **Credit Card**

**Note:**

| 3.17 | **Credit One** | Last 4 digits of account number | **8888** | $ | **1,700.00** |

**Credit One**
Nonpriority Creditor's Name

**PO BOX 60500**
**CITY OF INDUSTRY CA 91716-0500**
Number     Street

When was the debt incurred?  _____

**City of Industry     CA     91716-0500**
City              State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description:

**Personal and Business**
**Credit Card**

**Note:**

| 3.18 | **Desco** | Last 4 digits of account number | _____ | $ | **20,000.00** |

**Desco**
Nonpriority Creditor's Name

**25 North Brentwood Blvd.**
Number     Street

When was the debt incurred?  _____

**Saint Louis          MO     63105**
City              State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description:

**Landlord for St. Charles Business**

**Note:**

| 3.19 | **Discover** | Last 4 digits of account number ___6886___ | $ ___8,161.00___ |
|------|--------------|---------------------------------------------|------------------|

Nonpriority Creditor's Name

When was the debt incurred?    ___5/23___

**PO Box 30416**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Salt Lake City    UT    84130**

☐ Unliquidated

City         State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only

☐ Student loans

☑ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify    **Credit Card**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

**Credit Card**

☐ Yes

**Note:**

| 3.20 | **IOU Financial** | Last 4 digits of account number ___2788___ | $ ___20,000.00___ |
|------|-------------------|---------------------------------------------|-------------------|

Nonpriority Creditor's Name

When was the debt incurred?    ___12/23___

**600 Tower Park Lane, Suite 100**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Kennesaw        GA    30144**

☐ Unliquidated

City         State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify    **Business Loan**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

**Business Loan**

☐ Yes

**Note:**

| Debtor 1 | **Jack** | **D.** | **McDaniel** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 3.21 | **Kohls Capital One** | | **Last 4 digits of account number** _____ | $ 1,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 7800

**P.O. Box 30285**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Salt Lake City     UT     84130**

City                    State     Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

**Credit Card**

**Note:**

---

| 3.22 | **Lowes** | | **Last 4 digits of account number** 5585 | $ 5,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 10/12

**PO Box 71726**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**PHILADELPHIA     PA     19176**

City                    State     Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

**Credit Card**

**Note:**

| Debtor 1 | **Jack** | **D.** | **McDaniel** | Case number *(if known)* | |
|----------|----------|--------|--------------|--------------------------|--|
| | First Name | Middle Name | Last Name | | |

| **3.23** | **Pawnee Leasing** | Last 4 digits of account number    **6956** | $    **60,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **10/23**

**3801 Automation Way, Suite 207**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

**Fort Collins**    **CO**    **80525**

City    State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

**Equipment Lease**

☐ Yes

**Note:**

| **3.24** | **Pawnee Leasing Corporation** | Last 4 digits of account number    **6956** | $    **29,019.17** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2023**

**700 Centre Avenue**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

**Fort Collins**    **CO**    **80526**

City    State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No

**Business Debt**

☐ Yes

**Note:**

| 3.25 | **PNC** | **Last 4 digits of account number** ___3098___ | $ ___3,595.79___ |

Nonpriority Creditor's Name

**PO Box 747032**
**Pittsburgh, PA 15274**

**When was the debt incurred?** ___3/23___

Number       Street

**Pittsbergh         PA      15274**

City              State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Personal Loan**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

| **Personal loan used for business** |

**Note:**

| 3.26 | **PNC Business** | **Last 4 digits of account number** ___9363___ | $ ___24,777.00___ |

Nonpriority Creditor's Name

**PO Box 747032**
**Pittsburgh, PA 15274**

**When was the debt incurred?** ___7/23___

Number       Street

**Pittsbergh         PA      15274**

City              State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Line of Credit**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

| **Personal line of credit used for business** |

**Note:**

| **3.27** | **PNC Business** | Last 4 digits of account number | **2856** | $ | **2,812.08** |

**PNC Business**
Nonpriority Creditor's Name

**PO Box 747032**
**Pittsburgh, PA 15274**

Number       Street

**Pittsbergh         PA      15274**

City              State   Zip Code

Last 4 digits of account number   **2856**

When was the debt incurred?   **7/07**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Line of Credit**

**Description:**

**Personal Line of Credit used for business**

$ **2,812.08**

**Note:**

---

| **3.28** | **PNC Business** | Last 4 digits of account number | **9099** | $ | **16,826.88** |

**PNC Business**
Nonpriority Creditor's Name

**PO Box 747032**
**Pittsburgh, PA 15274**

Number       Street

**Pittsbergh         PA      15274**

City              State   Zip Code

Last 4 digits of account number   **9099**

When was the debt incurred?   **4/22**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Description:**

**Business Debt**

$ **16,826.88**

**Note:**

| Debtor 1 | **Jack** | **D.** | **McDaniel** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 3.29 | **PNC Business** | Last 4 digits of account number ___0591___ | $ 8,694.14 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? ___5/23___

_____

Number     Street

**PA**

City          State     Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit Card**

Description:

| **Business Debt** |
| **Credit Card** |

**Note:**

---

| 3.30 | **PNC Business Checking** | Last 4 digits of account number ___0535___ | $ 863.29 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? ___7/21___

**6750 Miller Rd**

Number     Street

**Brecksville          OH     44141**

City          State     Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **NSF Fees**

Description:

| **Business Debt - NSF Fees** |

**Note:**

Copyright © Financial Software Solutions, LLC

BlueStylus

---

| 3.31 | **PNC Checking Account** | Last 4 digits of account number _____ **8155** _____ | $ _____ **1,781.55** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____ **5/23** _____

**PO Box 5570**

Number        Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

| **Cleveland** | **OH** | **44101** |
|---|---|---|
| City | State | Zip Code |

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **NSF Fees**

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Description:**

Business Debt - NSF Fees

**Note:**

---

| 3.32 | **SM Properties UV, LLC** | Last 4 digits of account number _____ | $ _____ **28,974.46** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____ **09/18/2023** _____

**8182 Maryland Ave., 15th Floor**

Number        Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

| **Saint Louis** | **MO** | **63105** |
|---|---|---|
| City | State | Zip Code |

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Past Due Rent**

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Description:**

Business Debt - Rent

**Note:**

Debtor 1   **Jack**          **D.**          **McDaniel**          Case number *(if known)* _____
         First Name      Middle Name      Last Name

| 3.33 | **SoFi** | **Last 4 digits of account number** ___**3405**___ | $ ___28,000.00___ |

Nonpriority Creditor's Name

**When was the debt incurred?** ___**6/23**___

**698 1/2 South Ogdon St.**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Buffalo**          **NY**    **14206**

☐ Unliquidated

City          State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**          **Description:**

☒ No

☐ Yes

**Note:**

| 3.34 | **Synchrony/Lowes** | **Last 4 digits of account number** ___**5585**___ | $ ___6,837.54___ |

Nonpriority Creditor's Name

**When was the debt incurred?** ___**6/21**___

**170 Election Rd., Ste. 125**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Draper**          **UT**    **84020**

☐ Unliquidated

City          State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only

☐ Student loans

☒ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☒ Other. Specify    **Credit Card Debt**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**          **Description:**

☒ No          **Credit Card**

☐ Yes

**Note:**

| | |
|---|---|
| **3.35** | |

**Sysco Business Services**
Nonpriority Creditor's Name

**1390 Enclave Parkway**

Number     Street

**Houston          TX     77077**
City               State   Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Note:**

Last 4 digits of account number ____ ____ ____ **5918**          $          **30,000.00**

When was the debt incurred?     **10/22**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify     **Vendor**

**Description:**

**Business Debt**

---

| | |
|---|---|
| **3.36** | |

**Upgrade**
Nonpriority Creditor's Name

**2 N. Central Ave.**

Number     Street

**Phoenix          AZ     85004**
City               State   Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Note:**

Last 4 digits of account number ____ ____ ____ **4883**          $          **49,000.00**

When was the debt incurred?     **1/24**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify     **Personal Loan**

**Description:**

**With ARSI Collections. 888.395.2774**

**Personal loan used for business**

| 3.37 | **US Bank** | | Last 4 digits of account number | **6204** | $ | **2,000.00** |

Nonpriority Creditor's Name

**Cardmember Service**
**P.O. Box 6335**

Number     Street

When was the debt incurred? _____

**Fargo**           **ND**    **58125**

City              State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Personal Loan**

**Description:**

| Personal loan used for business |
| Credit Card |

**Note:**

---

| **Part 3:** | **List Others to Be Notified for a Debt That You Already Listed** |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Barbara Nilsen**

Name

**707 North Second Street Suite 306**

Number     Street

**Saint Louis**      **MO**    **63102**

City              State    Zip Code

On which line in Part 1 or Part 2 did you enter the creditor?

Line   **3.16**   of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1980**

**Jeffrey S Nicolet**

Name

**100 South Fifth Street Suite 800**

Number     Street

**Minneapolis**      **MN**    **55402**

City              State    Zip Code

On which line in Part 1 or Part 2 did you enter the creditor?

Line   **3.24**   of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6956**

---

**Matthew  N Peters**
_____
Name

**P.O. Box 12570**
_____
Number        Street

**Overland Park**          **KS**          **66282**
_____
City                    State        Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line    **3.5**    of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **1002**

**Matthew Derek Hawkins**
_____
Name

**P.O. Box 12570**
_____
Number        Street

**Overland Park**          **KS**          **66282**
_____
City                    State        Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line    **3.4**    of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **7191**

**Tammy F Wool**
_____
Name

**11960 Westline Industrial Dr. Suite 180**
_____
Number        Street

**Saint Louis**          **MO**          **63146**
_____
City                    State        Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line    **3.34**    of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **5585**

**Zachary R McMichael**
_____
Name

**8182 Maryland Ave., 15th Floor**
_____
Number        Street

**Saint Louis**          **MO**          **63105**
_____
City                    State        Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line    **3.32**    of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
      Add the amounts for each type of unsecured claim.

Total claim

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 25,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 25,000.00 |

Total claim

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 532,604.79 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 532,604.79 |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| | | | |
|---|---|---|---|
| Debtor 1 | **Jack** | **D.** | **McDaniel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bethany** | | **McDaniel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (*If known*): _____

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1.    Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

**2.    List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

Copyright © Financial Software Solutions, LLC

BlueStylus

| | | | |
|---|---|---|---|
| Debtor 1 | Jack | D. | McDaniel |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Bethany | | McDaniel |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (*if known*):

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☒ No

    ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☒ No. Go to line 3.

    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☒ No. Go to line 3.

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number          Street

    _____
    City                               State    Zip Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| Debtor 1 | Jack | D. | McDaniel |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Bethany | | McDaniel |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number _____
(If known):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM/DD/YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Market Manager | Program Manager |
| Employer's name | Keystone Staffing | Monument Consulting |
| Employer's address | 12747 Olive Blvd.<br>Ste. 200<br>Number        Street | 304 Thoreau Blvd.<br>Number        Street |
| | Saint Louis        MO    63141<br>City                      State  Zip Code | O'Fallon        MO    63366<br>City                 State  Zip Code |
| How long employed there? | 5 months | 4 years |

Copyright © Financial Software Solutions, LLC

BlueStylus

---

| **Part 2:** | **Give Details About Monthly Income** |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,416.00** | $ **5,160.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ **0.00** | + $ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **5,416.00** | $ **5,160.00** |
| | Copy line 4 here ........................................................➔ | 4. | $ **5,416.00** | $ **5,160.00** |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **604.44** | $ **280.57** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **48.46** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | $ **212.11** | $ **85.09** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h. | + $ **0.00** | + $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ **816.55** | $ **414.12** |
| 7. | **Calculate total monthly take home pay.** Subtract line 6 from line 4. | 7. | $ **4,599.45** | $ **4,745.88** |
| 8. | **List all other income regularly received.** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |

Copyright © Financial Software Solutions, LLC                                        BlueStylus

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____     8f.     $_____**0.00**          $_____**0.00**

8g. **Pension or retirement income**          8g.     $_____**0.00**          $_____**0.00**

8h. **Other monthly income.** Specify: _____     8h. **+** $_____**0.00**     **+** $_____**0.00**

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.     9.     $_____**0.00**          $_____**0.00**

10. **Calculate monthly income.** Add line 7 + line 9.     10.     $____**4,599.45**  **+**  $____**4,745.88**  **=**  $____**9,345.33**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. **+** $_____**0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies     12.     $____**9,345.33**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Jack | D. | McDaniel |
| Debtor 2 (Spouse, if filing) | Bethany | | McDaniel |

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (*If known*): ____________________

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

________ MM/DD/YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ☑ Yes. **Does Debtor 2 live in a separate household?**
     - ☑ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ☐ No
   - ☑ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 3 | ☐ No ☑ Yes |
| Son | 13 | ☐ No ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

Copyright © Financial Software Solutions, LLC BlueStylus

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Estimate Your Ongoing Monthly Expenses</strong></td></tr>
</table>

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental _Schedule J_, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on _Schedule I: Your Income_ (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,432.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 998.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 166.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 25.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 209.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 450.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 350.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 450.00 |
| 6d. | Other. Specify: **Alarm/Lawn** | 6d. | $ 200.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,050.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 200.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 120.00 |
| 10. | **Personal care products and services** | 10. | $ 125.00 |
| 11. | **Medical and dental expenses** | 11. | $ 225.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 120.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 137.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 338.00 |
| 15d. | Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |

Copyright © Financial Software Solutions, LLC     BlueStylus

First Name          Middle Name        Last Name

17. **Installment or lease payments:**

    17a. Car payments for Vehicle 1                             17a.   $_____ **669.70**

    17b Car payments for Vehicle 2                             17b.   $_____ **626.10**

    17c. Other. Specify: _____   17c.   $_____ **0.00**

    17d. Other. Specify: _____   17d.   $_____ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.   $_____ **0.00**

19. **Other payments you make to support others who do not live with you.**

    Specify: **Student Loan** _____   19.   $_____ **300.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

    20a. Mortgages on other property                            20a.   $_____ **179.00**

    20b. Real estate taxes                                   20b.   $_____ **0.00**

    20c. Property, homeowner's or renter's insurance        20c.   $_____ **0.00**

    20d. Maintenance, repair, and upkeep expenses        20d.   $_____ **0.00**

    20e. Homeowner's association or condominium dues     20e.   $_____ **0.00**

21. **Other.** Specify: _____   21.   **+**   $_____ **0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                               22a.   $_____ **8,769.80**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.   $_____ **0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.   22c.   $_____ **8,769.80**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a.   $_____ **9,345.33**

    23b. Copy your monthly expenses from line 22c above.       23b.   **−**   $_____ **8,769.80**

    23c. Subtract your monthly expenses from your monthly income.       The result is your *monthly net income.*   23c.   $_____ **575.53**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.

    ☐ Yes. Explain here:

Copyright © Financial Software Solutions, LLC                           BlueStylus

| Debtor 1 | Jack | D. | McDaniel |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Bethany | | McDaniel |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number _____
*(If known)*:

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Part 1: | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| ✗ /s/ Jack D. McDaniel | ✗ /s/ Bethany McDaniel |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date | 8/14/2025 | Date | 8/14/2025 |
|---|---|---|---|
| | MM/DD/YYYY | | MM/DD/YYYY |

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor 1 | Jack | D. | McDaniel |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Bethany | | McDaniel |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (*If known*): _____

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☒ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☒ No.
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☒ No.
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
    ☐ No.
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 40,350.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 55,331.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2024) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 92,177.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 89,598.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 121,234.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 85,626.00 |

Copyright © Financial Software Solutions, LLC

BlueStylus

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No.
   ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

   ☑ No. Go to line 7.

   ☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | **Dates of Payment** | **Total Amount Paid** | **Amount You Still Owe** | **Was this Payment for…** |
|---|---|---|---|---|
| | | $ _____ | $ _____ | ☐ Mortgage |
| _____ Creditor's Name | _____ | | | ☐ Car |
| | | | | ☐ Credit card |
| _____ Number     Street | _____ | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| _____ City          State   ZIP Code | _____ | | | ☐ Other _____ |

---

Copyright © Financial Software Solutions, LLC                                                                  BlueStylus

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $ _____ | $ _____ | |
| _____ Number      Street | _____ | | | |
| _____ City           State    ZIP Code | _____ | | | |

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $ _____ | $ _____ 0.00 | |
| _____ Number      Street | _____ | | | |
| _____ City           State    ZIP Code | _____ | | | |

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---------|----------------------------------------------------------|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|--------------------|-----------------|---------------------|
| **American Express National Bank v. The McDaniels et al**<br><br>Case title<br><br>Case number **2511-AC00891** | **AC Breach of Contract** | **St. Charles County Circuit Court**<br>Court Name<br><br>**300 North Second Street**<br>Number　　　Street<br><br>**Saint Charles**　**MO**　**63301**<br>City　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **SM Properties UV LLC v. The McDaniel Partners et al**<br><br>Case title<br><br>Case number **2511-AC03115** | **AC Rent and Possession** | **St. Charles County Circuit Court**<br>Court Name<br><br>**300 North Second Street**<br>Number　　　Street<br><br>**Saint Charles**　**MO**　**63301**<br>City　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Synchrony Bank v. Jack D. McDaniel**<br><br>Case title<br><br>Case number **2511-AC01536** | **AC Suit on Account** | **St. Charles County Circuit Court**<br>Court Name<br><br>**300 North Second Street**<br>Number　　　Street<br><br>**Saint Charles**　**MO**　**63301**<br>City　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Copyright © Financial Software Solutions, LLC 　　　　　　　　　　　　　　　　　　　　　BlueStylus

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Citibank NA v. Jack D. McDaniel** <br> Case title | AC Suit on Account | **St. Charles County Circuit Court** <br> Court Name <br><br> **300 North Second Street** <br> Number    Street <br><br> **Saint Charles**   **MO**   **63301** <br> City    State    ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number   **2411-AC09839** | | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **American Express National Bank v. Jack McDaniel** <br> Case title | CC Breach of Contract | **St. Charles County Circuit Court** <br> Court Name <br><br> **300 North Second Street** <br> Number    Street <br><br> **Saint Charles**   **MO**   **63301** <br> City    State    ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number   **2411-CC01453** | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| _____ <br> Creditor's Name | | _____ | $ _____ |
| | **Explain what Happened** | | |
| _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☒ No.
    ☐ Yes. Fill in the details.

First Name        Middle Name        Last Name

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

_____

Creditor's Name

$ _____

_____

Number      Street

_____

City           State   ZIP Code          Last 4 digits of account number: XXXX- _____

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13.  **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No.
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

_____

Person to Whom You Gave the Gift

$ _____ 0.00

_____

Number      Street

$ _____ 0.00

_____

City           State   ZIP Code

Person's relationship to you _____

14.  **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No.
☐ Yes. Fill in the details for each gift or contribution.

Copyright © Financial Software Solutions, LLC                                    BlueStylus

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

Charity's Name _____

Number      Street

City                  State   ZIP Code

Value:  $ _____ 0.00

$ _____ 0.00

---

**Part 6:**   **List Certain Losses**

15.  **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No.
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

---

**Part 7:**   **List Certain Payments or Transfers**

16.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Robert E. Eggmann** | **$838 paid on 5/30/25, $2000 paid on 7/21/25, and $2500 paid on 8/4/25.** | | $     **5,000.00** |
| Person Who Was Paid | | | |
| **Carmody MacDonald P.C.** | | | $       **0.00** |
| **120 South Central Ave., Ste. 1800** | | | |
| Number    Street | | | |
| **Saint Louis**    **MO**   **63105** | | | |
| City       State    ZIP Code | | | |
| | | | |
| Email or Website Address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No.
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | $ |
| Person Who Was Paid | | | |
| | | | $ |
| Number    Street | | | |
| | | | |
| City       State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No.
☐ Yes. Fill in the details.

Copyright © Financial Software Solutions, LLC
BlueStylus

|  | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ <br> Person Who Received Transfer <br><br> _____ <br> Number        Street <br><br> _____ <br> City              State    ZIP Code <br><br> Person's relationship to you _____ |  |  | _____ |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No.
☐ Yes. Fill in the details.

|  | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ |  | _____ |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No.
☐ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ <br> Name of Financial Institution <br><br> _____ <br> Number        Street <br><br> _____ <br> City              State    ZIP Code | XXXX-_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No.

☐   Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| | | | ☒ No |
| | | | ☐ Yes |
| Name of Financial Institution | Name | | |
| Number     Street | Number     Street | | |
| City          State    ZIP Code | City          State    Zip Code | | |

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒   No.
☐   Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| | | | ☒ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number     Street | Number     Street | | |
| City          State    ZIP Code | City          State    Zip Code | | |

**Part 9:     Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒   No.
☐   Yes. Fill in the details.

| | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| | | | $ _____ |
| Owner's Name | | | |
| Number     Street | Number     Street | | |
| City          State    ZIP Code | City          State    Zip Code | | |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No.
☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | _____ |
| Number     Street | Number     Street | | |
| City          State    ZIP Code | City          State   Zip Code | | |

25. Have you notified any governmental unit of any release of hazardous material?

☒ No.
☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | _____ |
| Number     Street | Number     Street | | |
| City          State    ZIP Code | City          State   Zip Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No.
☐ Yes. Fill in the details.

| | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name _____ | | ☐ Pending |
| | | | ☐ On appeal |
| Case number _____ | Number    Street _____ | | ☐ Concluded |
| | City          State    ZIP Code | | |

<br>

## Part 11:  Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **McDaniel Partners LLC**<br>Name of Site | | EIN:   **88-1096506** |
| **304 Thoreau Blvd.**<br>Number    Street | **Name of accountant or bookkeeper**<br>Ceterus, Sharon Nichols | **Dates business existed** |
| **O Fallon      MO    63366**<br>City          State    ZIP Code | | From   **7/1/2021**   To   **Present** |

| | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **The McDaniel Partners Incorporated**<br>Name of Site | | EIN:   87-1333310 |
| **304 Thoreau Blvd.**<br>Number    Street | **Name of accountant or bookkeeper**<br>Ceterus, Sharon Nichols | **Dates business existed** |
| **O Fallon      MO    63366**<br>City          State    ZIP Code | | From   **7/1/2021**   To   **Present** |

Copyright © Financial Software Solutions, LLC

BlueStylus

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**

Include all financial institutions, creditors, or other parties.

☒ No.

☐ Yes. Fill in the details below.

| | Date Issued |
|---|---|
| _____ | |
| Name | MM/DD/YYYY |
| _____ | |
| Number      Street | |
| _____ | |
| City               State      ZIP Code | |

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘ **/s/ Jack D. McDaniel** _____     ✘ **/s/ Bethany McDaniel** _____

Signature of Debtor 1                      Signature of Debtor 2

Date **8/14/2025** _____           Date **8/14/2025** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☒ No.

☐ Yes.

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No.

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

| Debtor 1 | Jack | D. | McDaniel |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Bethany | | McDaniel |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (*If known*): _____

☑ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Cadence Bank** <br><br> Description of property securing debt: **304 Thoreau Blvd., O Fallon, MO 63366** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☑ Yes |
| Creditor's name: **PennyMac Loan Services LLC** <br><br> Description of property securing debt: **304 Thoreau Blvd., O Fallon, MO 63366** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☑ Yes |
| Creditor's name: **Capital One Auto Finance** <br><br> Description of property securing debt: **GMC Acadia 2019** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☑ Yes |

__Jack__          __D.__                __McDaniel__          Case number *(if known)* _____

First Name          Middle Name          Last Name

| | | |
|---|---|---|
| Creditor's name: | __Ally__ | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☑ Yes |
| Description of property securing debt: | **Dodge Charger 2022** | | |

---

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ __/s/ Jack D. McDaniel__          ✗ __/s/ Bethany McDaniel__

Signature of Debtor 1          Signature of Debtor 2

Date   __8/14/2025__          Date   __8/14/2025__

MM/DD/YYYY          MM/DD/YYYY

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jack** | **D.** | **McDaniel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bethany** | | **McDaniel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number *(if known):* _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

**1.** **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime and commissions** (before all payroll deductions). | $ _____ 0.00 | $ _____ 0.00 |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ 0.00 + | $ _____ 0.00 |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ 0.00 | $ _____ 0.00 |

**5.** **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ 0.00 | $ _____ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ _____ 0.00 | − $ _____ 0.00 | | | |
| Net monthly income from business, profession, or farm | $ _____ 0.00 | $ _____ 0.00 | Copy here → | $ _____ 0.00 | $ _____ 0.00 |

Copyright © Financial Software Solutions, LLC

BlueStylus

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| 6. **Net income from rental and other real property** | | | | | |
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here ➔ $ 0.00 | | $ 0.00 |
| 7. **Interest, dividends, and royalties** | | | $ 0.00 | | $ 0.00 |
| 8. **Unemployment compensation** | | | $ 0.00 | | $ 0.00 |

8. Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list here: ........ ↓

For you ...................................... $ 0.00

For your spouse ..................................... $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

          $ 0.00       $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____    $ 0.00       $ 0.00

_____    $ 0.00       $ 0.00

Total amounts from separate pages, if any.   + $ 0.00       $ 0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

    $ 0.00   +   $ 0.00   =   $ 0.00

**Total current monthly income**

Copyright © Financial Software Solutions, LLC       BlueStylus

| Part 2: | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a.  Copy your total current monthly income from line 11. ……………………………………………… **Copy line 11 here** ➜    $ _____0.00

           Multiply by 12 (the number of months in a year).      **x 12**

    12b.  The result is your annual income for this part of the form.          12b.    $ _____0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.      **MO**

    Fill in the number of people in your household.      **4**

    Fill in the median family income for your state and size of household. ………………………………………………   13.    $   108,983.00

    To find a list of applicable median income amounts, go online using the link specified in the separate
    instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a.  ☑  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
             Go to Part 3 and fill out Form 122A-2.

| Part 3: | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**✗**   /s/ Jack D. McDaniel             **✗**   /s/ Bethany McDaniel
    Signature of Debtor 1                          Signature of Debtor 2

Date    8/14/2025                 Date    8/14/2025
        MM/DD/YYYY                            MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Copyright © Financial Software Solutions, LLC                                             BlueStylus

**Fill in this information to identify your case:**

Debtor 1    **Jack**                  **D.**                    **McDaniel**
            First Name                Middle Name               Last Name

Debtor 2    **Bethany**                                         **McDaniel**
(Spouse, if filing)    First Name     Middle Name               Last Name

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 122A─1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1:    Identify the Kind of Debts You Have**

**1.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

☑ No.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

☐ Yes.   Go to Part 2.

**Part 2:    Determine Whether Military Service Provisions Apply to You**

**2.** **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

☑ No.    Go to line 3.

☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.    Go to line 3.
    ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

**3.** **Are you or have you been a Reservist or member of the National Guard?**

☑ No.    Complete Form 122A-1. Do not submit this supplement.

☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.
    ☐ Yes.   Check any one of the following categories that applies:

        ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

        ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ , which is fewer than 540 days before I file this bankruptcy case.

        ☐ **I am performing a homeland defense activity for at least 90 days.**

        ☐ **I performed a homeland defense activity for at least 90 days** ending on _____ , which is fewer than 540 days before I file this bankruptcy case.

        > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
        >
        > If your exclusion period ends before your case is closed, you may have to file an amended form later.

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jack** | **D.** | **McDaniel** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bethany** | | **McDaniel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>Eastern District of Missouri</u>

Case number (*if known*): _____

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculations required by this statement:

☒ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an **amended filing**

## Official Form 122A—2

# Chapter 7 Means Test Calculation

04/25

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Determine Your Adjusted Income |
|---|---|

1. **Copy your total current monthly income.** .................................................. **Copy line 11 from Official Form 122A-1 here** ➔ ....... $ _____**0.00**

2. **Did you fill out Column B in Part 1 of Form 122A—1?**
   ☐ No. Fill in $0 for the total on line 3.
   ☒ Yes. Is your spouse filing with you?
       ☐ No. Go to line 3.
       ☒ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A—1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☒ No. Fill in 0 for the total on line 3.

   ☐ Yes. Fill in the information below:

| State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | Fill in the amount you are subtracting from your spouse's income |
|---|---|
| _____ | $ _____**0.00** |
| _____ | $ _____**0.00** |
| _____ | + $ _____**0.00** |
| **Total** ................................................................ | $ _____**0.00** |

Copy total here........ ➔    — $ _____**0.00**

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1.

   $ _____**0.00**

Copyright © Financial Software Solutions, LLC        BlueStylus

| **Part 2:** | **Calculate Your Deductions from Your Income** |

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5.  **The number of people used in determining your deductions from income**

    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.                                                                          **2**

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.                                                                                                    $   **1,481.00**

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories — people who are under 65 and people who are 65 or older — because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

    | **People who are under 65 years of age** |

    7a.  Out-of-pocket health care allowance per person              $       **0.00**

    7b.  Number of people who are under 65                           X       **0**

    7c.  **Subtotal.** Multiply line 7a by line 7b.            $       **0.00**  **Copy here➔**    $       **0.00**

    | **People who are 65 years of age or older** |

    7d.  Out-of-pocket health care allowance per person              $       **0.00**

    7e.  Number of people who are 65 or older                        X       **0.00**

    7f.  **Subtotal.** Multiply line 7d by line 7e.           $       **0.00**  **Copy here➔**  **+**  $       **0.00**

    7g.  **Total.** Add lines 7c and 7f ..................................................    $       **0.00**   **Copy total here➔**   $       **0.00**

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

■ **Housing and utilities – Insurance and operating expenses**
■ **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8.   **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.......................................................................    $ _____ **665.00**

9.   **Housing and utilities – Mortgage or rent expenses:**

   9a.   Using the number of people you entered in line 5, fill in the dollar amount listed
         for your county for mortgage or rent expenses ..........................................................    $ _____ **1,516.00**

   9b.   Total average monthly payment for all mortgages and other debts secured by your home.

         To calculate the total average monthly payment, add all amounts that are
         contractually due to each secured creditor in the 60 months after you file for
         bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment | |
|---|---|---|
| _____ | $ _____ 0.00 | |
| _____ | $ _____ 0.00 | |
| _____ + | $ _____ 0.00 | |
| Total average monthly payment | $ _____ 0.00 | Copy here➡ |

         ─ $ _____ 0.00    Repeat this amount on line 33a.

   9c.   Net mortgage or rent expense.

         Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or
         rent expense*). If this amount is less than $0, enter $0.............................................    $ _____ **1,516.00**    Copy here➡    $ _____ **1,516.00**

10.   **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**    $ _____ **0.00**
      Explain
      why:    _____

11.   **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

      ☑ 0. Go to line 14.
      ☐ 1. Go to line 12.
      ☐ 2 or more. Go to line 12.

12.   **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.    $ _____ **0.00**

13.    **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

    **Vehicle 1**    **Describe Vehicle 1:** _____

13a.  Ownership or leasing costs using IRS Local Standard. ............................................ $    **0.00**

13b.  Average monthly payment for all debts secured by Vehicle 1.
      Do not include costs for leased vehicles.

      To calculate the total average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| _____ | $    0.00 |
| _____ | + $    0.00 |
| Total average monthly payment | $    0.00 |

**Copy here ➔** — $    0.00   Repeat this amount on line 33b.

13c.  Net Vehicle 1 ownership or lease expense
      Subtract line 13b from line 13a. If this amount is less than $0, enter $0 .............   $    0.00   **Copy net Vehicle 1 expense here ➔**  $    **0.00**

    **Vehicle 2**    **Describe Vehicle 2:** _____

13d.  Ownership or leasing costs using IRS Local Standard. ............................................ $    **0.00**

13e.  Average monthly payment for all debts secured by Vehicle 2.
      Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $    0.00 |
| _____ | + $    0.00 |
| Total average monthly payment | $    0.00 |

**Copy here ➔** — $    0.00   Repeat this amount on line 33c.

13f.  Net Vehicle 2 ownership or lease expense
      Subtract line 13e from line 13d. If this amount is less than $0, enter $0 .............   $    0.00   **Copy net Vehicle 2 expense ➔**  $    **0.00**

14.    **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.    $    **0.00**

15.    **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.    $    **0.00**

Copyright © Financial Software Solutions, LLC        BlueStylus

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes.                                                                                         $ _____ **0.00**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.        $ _____ **0.00**

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, including payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $ _____ **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $ _____ **0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:
    ○ as a condition for your job, or
    ○ for your physically or mentally challenged dependent child if no public education is available for similar services.    $ _____ **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

Do not include payments for any elementary or secondary school education.                                                    $ _____ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.                                  $ _____ **0.00**

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.    + $ _____ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.                                                                                                $ _____ **3,662.00**

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | Note: Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ | 0.00 |
| Disability insurance | $ | 0.00 |
| Health savings account | + $ | 0.00 |
| Total | $ | 0.00 |

Copy total here ➜ ……………………… $ _____ 0.00

Do you actually spend this total amount?

☒ No. How much do you actually spend?    $ _____ 0.00
☐ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).      $ _____ 0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential.      $ _____ 0.00

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8. If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.
You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.      $ _____ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $214.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.
You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

   * Subject to adjustment on 4/01/28, and every 3 years after that for cases begun on or after the date of adjustment.      $ _____ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.
To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.
You must show that the additional amount claimed is reasonable and necessary.      $ _____ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).    + $ _____ 0.00

32. **Add all of the additional expense deductions.**
Add lines 25 through 31.      $ _____ 0.00

Copyright © Financial Software Solutions, LLC      BlueStylus

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    |  | Average monthly payment |
    |---|---|

    **Mortgages on your home:**

    33a. Copy line 9b here. ...................................................................... $ _____ 0.00

    **Loans on your first two vehicles:**

    33b. Copy line 13b here. ...................................................................... $ _____ 0.00

    33c. Copy line 13e here. ...................................................................... $ _____ 0.00

    33d. List other secured debts:

    | Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
    |---|---|---|---|
    | _____ | _____ | ☑ No<br>☐ Yes | $ _____ 0.00 |
    | _____ | _____ | ☑ No<br>☐ Yes | $ _____ 0.00 |
    | _____ | _____ | ☑ No<br>☐ Yes | $ _____ 0.00 |

    33e. Total average monthly payment. Add lines 33a through 33d. ............................. | $ _____ 0.00 | Copy total here ➜ | $ _____ 0.00

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☑ No.   Go to line 35.

    ☐ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount). Next, divide by 60 and fill in the information below.

    | Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
    |---|---|---|---|---|
    | _____ | _____ | $ _____ 0.00 | ÷ 60 = | $ _____ 0.00 |
    | _____ | _____ | $ _____ 0.00 | ÷ 60 = | $ _____ 0.00 |
    | _____ | _____ | $ _____ 0.00 | ÷ 60 = | $ _____ 0.00 |

    Total   | $ _____ 0.00 | Copy total here ➜ | $ _____ 0.00

Copyright © Financial Software Solutions, LLC                                           BlueStylus

35. **Do you owe any priority claims such as a priority tax, child support, or alimony —
that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☒ No.    Go to line 36.

☐ Yes.   Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such
as those you listed in line 19.

Total amount of all past-due priority claims.....................................................   $ _____ 0.00   ÷ 60 =   $ _____ 0.00

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for Bankruptcy Basics specified in the separate instructions for this form.
Bankruptcy Basics may also be available at the bankruptcy clerk's office.

☒ No.    Go to line 37.

☐ Yes.   Fill in the following information.
         Projected monthly plan payment if you were filing under Chapter 13        $ _____ 0.00

Current multiplier for your district as stated on the list issued by the
Administrative Office of the United States Courts (for districts in Alabama
and North Carolina) or by the Executive Office for United States Trustees
(for all other districts).                                                         X 0.00

To find a list of district multipliers that includes your district, go online using
the link specified in the separate instructions for this form. This list may also
be available at the bankruptcy clerk's office.

Average monthly administrative expense if you were filing under Chapter 13   $ _____ 0.00   **Copy total here➔**   $ _____ 0.00

37. **Add all of the deductions for debt payment.**
Add lines 33e through 36. ..................................................................................................................   $ _____ 0.00

| **Total Deductions from Income** |
|---|

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense
allowances* ...........................................................................   $ _____ 3,662.00

Copy line 32, *All of the additional expense deductions*...................   $ _____ 0.00

Copy line 37, *All of the deductions for debt payment*......................  + $ _____ 0.00

Total deductions   $ _____ 0.00   **Copy total here............................➔**   $ _____ 0.00

Copyright © Financial Software Solutions, LLC                                      BlueStylus

| Part 3: | Determine Whether There Is a Presumption of Abuse |
|---------|---------------------------------------------------|

39. **Calculate monthly disposable income for 60 months**

   39a.  Copy line 4, *adjusted current monthly income*.................... $ _____0.00_____

   39b.  Copy line 38, *Total deductions*............................................. − $ _____0.00_____

   39c.  Monthly disposable income. 11 U.S.C. § 707(b)(2).              $ _____0.00_____  Copy here➔   $ _____0.00_____
         Subtract line 39b from line 39a

         For the next 60 months (5 years)................................................   **x 60**

   39d.  **Total**. Multiply line 39c by 60..........................................   $ _____0.00_____  Copy here➔   $ _____0.00_____

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

   ☑  **The line 39d is less than $10,275\***. On the top of page 1 of this form, check box 1, *There is no presumption of abuse*.
       Go to Part 5.

   ☐  **The line 39d is more than $17,150\***. On the top of page 1 of this form, check box 2, *There is a presumption of abuse*.
       You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

   ☐  **The line 39d is at least $10,275\*, but not more than $17,150\***. Go to line 41.

       \* Subject to adjustment on 4/01/25, and every 3 years after that for cases filed on or after the date of adjustment.

41. 41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out A
         Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
         (Official Form 106Sum), you may refer to line 3b on that form............................   $ _____

                                                                                                    **x .25**

   41b.  **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).           $ _____  Copy here➔   $ _____
         Multiply line 41a by 0.25 ....................................................................

42. **Determine whether the income you have left over after subtracting all allowed deductions
    is enough to pay 25% of your unsecured, nonpriority debt.**
    Check the box that applies:

   ☐  **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse*.
       Go to Part 5.

   ☐  **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of
       abuse*. You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

Copyright © Financial Software Solutions, LLC                                                   BlueStylus

| **Part 4:** | **Give Details About Special Circumstances** |
| --- | --- |

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☐ No.   Go to Part 5.

☐ Yes.  Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| **Give a detailed explanation of the special circumstances** | **Average monthly expense or income adjustment** |
| --- | --- |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

| **Part 5:** | **Sign Below** |
| --- | --- |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ **/s/ Jack D. McDaniel** _____
Signature of Debtor 1

Date   **8/14/2025** _____
    MM/DD/YYYY

✘ **/s/ Bethany McDaniel** _____
Signature of Debtor 2

Date   **8/14/2025** _____
    MM/DD/YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  —  Liquidation

- Chapter 11—  Reorganization

- Chapter 12—  Voluntary repayment plan for family farmers or fishermen

- Chapter 13—  Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

|   |   |   |
|---:|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the

o trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|     |     |
|-----|-----|
| $200 | filing fee |
| + $78 | administrative fee |
| $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|     |     |
|-----|-----|
| $235 | filing fee |
| + $78 | administrative fee |
| $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court

## <u>Eastern District of Missouri</u>

In re

Case No. _____

**Debtor**   **Jack D. McDaniel**   Chapter   **7** _____
          **Bethany McDaniel**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................... $ **5,000.00**

   Prior to the filing of this statement I have received ............................ $ **5,000.00**

   Balance Due .................................................................................. $ **0.00**

2.  The source of the compensation paid to me was:
       ☒ Debtor           ☐ Other (specify)

3.  The source of compensation to be paid to me is:
       ☒ Debtor           ☐ Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   • **Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

   • **Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

   • **Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

   • **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**8/14/2025**
_____
*Date*

**/s/ Robert Eggmann**
_____
*Signature of Attorney*

**Robert Eggmann**
**Carmody MacDonald P.C.**
**Saint Louis, MO 63105**
**ree@carmodymacdonald.com**
_____
*Name of law firm*

# United States Bankruptcy Court

## Eastern District of Missouri

In re    **Jack D. McDaniel**
        **Bethany McDaniel**

Case No. _____

_____ Debtor(s)

Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **8/14/2025** _____

**/s/ Jack D. McDaniel** _____
**Jack D. McDaniel**
Signature of Debtor

Date:    **8/14/2025** _____

**/s/ Bethany McDaniel** _____
**Bethany McDaniel**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Achieve**
**PO BOX 2340**
**Phoenix, AZ 85002**


**Ally**
**P.O. Box 38092**
**Minneapolis, MN 55438-0902**


**Amazon Chase**
**PO Box 6294**
**Carol Stream, IL 60197-6294**


**American Express**
**PO BOX 6031**
**Carol Stream, IL 60197**


**Ameriprise**
**PO Box 790408**
**St. Louis, MO 63179**


**Bank of America**
**P.O. Box 15796**
**Wilmington, DE 19886**


**Bank of America**
**PO BOX 15796**
**Wilmington, DE 19886**


**Benetrends Accounting**
**1684 South Broad St.**
**Suite 130**
**Lansdale, PA 19446**


Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Benetrends Accounting**
**1684 South Broad Street**
**Suite 130**
**Lansdale, PA 19446**


**Blitt & Gaines P.C.**
**707 North Second Street**
**Suite 306**
**Saint Louis, MO 63102**


**Cadence Bank**
**1755 N. Brown Rd., Ste. 275**
**Lawrenceville, GA 30043**


**Capes, Sokol, Goodman & Sarachan, P.C.**
**8182 Maryland Ave., 15th Floor**
**Saint Louis, MO 63105**


**Capital One**
**PO BOX 71087**
**Charlotte, NC 28272**


**Capital One Auto Finance**
**P.O. Box 255605**
**Sacramento, CA 95865**


**Chase**
**JPMCB Card Services**
**PO Box 15369**
**Wilmington, NC 19850**


**Chase**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Copyright © Financial Software Solutions, LLC

**Citi - Wayfair**
**PO Box 9001037**
**Louisville, KY 40290**

**Citi Wayfair**
**P.O. Box 6772**
**Sioux Falls, SD 57117**

**Citibank**
**PO Box 6052**
**Carol Stream, IL 60197**

**Credit One**
**PO BOX 60500**
**CITY OF INDUSTRY CA 91716-0500**
**City of Industry, CA 91716-0500**

**Desco**
**25 North Brentwood Blvd.**
**Saint Louis, MO 63105**

**Discover**
**PO Box 30416**
**Salt Lake City, UT 84130**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**IOU Financial**
**600 Tower Park Lane, Suite 100**
**Kennesaw, GA 30144**

Copyright © Financial Software Solutions, LLC

**Kohls Capital One**
P.O. Box 30285
Salt Lake City, UT 84130


**Kramer & Frank, P.C.**
11960 Westline Industrial Dr.
Suite 180
Saint Louis, MO 63146


**Lowes**
PO Box 71726
PHILADELPHIA, PA 19176


**Missouri Department of Revenue**
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105


**Pawnee Leasing**
3801 Automation Way, Suite 207
Fort Collins, CO 80525


**Pawnee Leasing Corporation**
700 Centre Avenue
Fort Collins, CO 80526


**PennyMac Loan Services LLC**
P.O. Box 4095
Carol Stream, IL 60197-4095


**PNC**
PO Box 747032
Pittsburgh, PA 15274
Pittsbergh, PA 15274

Copyright © Financial Software Solutions, LLC

**PNC Business**
**PA**


**PNC Business**
**PO Box 747032**
**Pittsburgh, PA 15274**
**Pittsbergh, PA 15274**


**PNC Business Checking**
**6750 Miller Rd**
**Brecksville, OH 44141**


**PNC Checking Account**
**PO Box 5570**
**Cleveland, OH 44101**


**SM Properties UV, LLC**
**8182 Maryland Ave., 15th Floor**
**Saint Louis, MO 63105**


**SoFi**
**698 1/2 South Ogdon St.**
**Buffalo, NY 14206**


**Synchrony/Lowes**
**170 Election Rd., Ste. 125**
**Draper, UT 84020**


**Sysco Business Services**
**1390 Enclave Parkway**
**Houston, TX 77077**


**Upgrade**
**2 N. Central Ave.**
**Phoenix, AZ 85004**

Copyright © Financial Software Solutions, LLC

**US Bank**
**Cardmember Service**
**P.O. Box 6335**
**Fargo, ND 58125**


**Wagner, Falconer & Judd, LTD**
**100 South Fifth Street**
**Suite 800**
**Minneapolis, MN 55402**


**Zwicker & Associates, P.C.**
**P.O. Box 12570**
**Overland Park, KS 66282**

Copyright © Financial Software Solutions, LLC